O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL RUBENSTEIN,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL RECOVERY AGENCY, INC.,<br><br>    Defendant. | Case No. 2:11-cv-06680-ODW(SHx)<br><br>**JUDGMENT [20]** |

On February 2, 2012, Defendant National Recovery Agency, Inc. served a Federal Rule of Civil Procedure 68 Offer of Judgment on Plaintiff Joel Rubenstein's attorney. Plaintiff accepted Defendant's Offer on February 14, 2012. Pursuant to Plaintiff's acceptance of Defendant's Offer of Judgment, the Court hereby **ORDERS** that:

    1. Defendant allows judgment to be taken against Defendant and in favor of Plaintiff;

/ / /

/ / /

/ / /

2. Judgment shall be entered in the amount of $13,219.00, which comprises the $2,500.00 offered by Defendant plus $10,153.00 in reasonable attorney's fees and $566.00 in costs.

**IT IS SO ORDERED.**

May 24, 2012

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE